UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NASDAQ PRIVATE MARKET, LLC,

                  Plaintiff,

      -v.-

THE HIIVE COMPANY LIMITED, HIIVE
MARKETS LIMITED, THE HIIVE
COMPANY (US) INC., HIIVE ADVISORS
INC., HIIVE INVESTMENTS INC, CONOR
BELZER, and PARINA GHAFARI,

                  Defendants.

26 Civ. 5076 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On June 16, 2026, Plaintiff in the above matter filed a motion for a Temporary Restraining Order.  (Dkt. #5).  The parties shall appear for a conference regarding the proposed Temporary Restraining Order on **June 18, 2026**, at **4:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Plaintiff shall provide a copy of this Order to Defense Counsel by the end of the day on **June 17, 2026**.

SO ORDERED.

Dated:   June 17, 2026
         New York, New York

                                      KATHERINE POLK FAILLA
                              United States District Judge