UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASDAQ PRIVATE MARKET, LLC,<br><br>Plaintiff,<br><br>-v.-<br><br>THE HIIVE COMPANY LIMITED, HIIVE MARKETS LIMITED, THE HIIVE COMPANY (US) INC., HIIVE ADVISORS INC., HIIVE INVESTMENTS INC, CONOR BELZER, and PARINA GHAFARI<br><br>Defendants. | 26 Civ. 5076 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has received the parties' various motions requesting leave to file certain documents under seal. These motions include: (i) Plaintiff's letter motion seeking leave to file under seal a First Amended Complaint ("FAC") and associated filings (Dkt. #46, 93); (ii) Plaintiff's letter motion to file under seal a Memorandum of Law in support of Plaintiff's Motion for a Supplemental Temporary Restraining Order ("TRO") against Defendant Parina Ghafari and associated filings (Dkt. #51); (iii) Defendants' letter motion to file under seal certain exhibits associated with Defendants' Motion to Compel Discovery (Dkt. #62); (iv) Plaintiff's letter motion to file under seal certain documents in support of its motion for a Preliminary Injunction (Dkt. #66); (v) Defendant Parina Ghafari's letter motion to file under seal certain exhibits in connection with her Opposition to Plaintiff's Motion for a Supplemental TRO (Dkt. #94); and (vi) Plaintiff's letter motion to file under seal an exhibit related to its Opposition to Defendants' Motion to Compel (Dkt. #106).

Upon review of these motions and related filings, the Court GRANTS all of the parties' sealing applications. Further, because a sealed version of the FAC appears to be absent from the docket, Plaintiff is ORDERED to file its FAC, and all associated attachments, on the docket, under seal, with proposed redactions highlighted.

In addition, the parties' filing practices have left something to be desired. In the span of six days from July 16 to July 22, 2026, there have been approximately 62 new docket entries, each entry with its own extensive set of exhibits. After a painstaking review of each filing, the Court has noticed numerous documents that are mislabeled, seemingly unrelated to the motion to which they are affixed, or missing completely. The Court recognizes that the nature of this dispute will likely require future requests for sealing, and believes that this is a good opportunity for the parties to brush up on best sealing practices. Moving forward in this case, and consistent with Rule 9 of the Court's Individual Rules of Practice in Civil Cases ("Individual Rules"), whenever the parties seek like to file a document under seal, they should:

- Publicly file one docket entry containing a letter motion requesting leave to file certain documents under seal;
- File a second docket entry under seal containing the underlying, substantive filing and any attachments, and highlighting the proposed redactions; and
- Publicly file a third docket entry containing the underlying, substantive filing and any attachments — in an order that parallels the documents in the second docket entry — and applying the proposed redactions.

After filing these three docket entries, the parties should also email to Chambers courtesy copies that comply with Individual Rule 9(b)(ii) (that is, copies of the documents described in the above bullets, plus clean copies).

Moving on, Plaintiff filed a Motion for a Supplemental TRO and related documents on July 16, 2026. (Dkt. #53-60). Defendants filed their Opposition and related documents on July 21, 2026. (Dkt. #94-99). The parties are ORDERED to appear for a conference regarding the proposed supplemental TRO on **July 30, 2026**, at **10:00 a.m.,** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Plaintiff shall submit its reply on or before **July 27, 2026**.

Further, as previously noted, the Court is in receipt of Defendants' Motion to Compel Discovery (Dkt. #61) and Plaintiff's Opposition (Dkt. #107). Absent further order of the Court, the parties should be prepared to discuss this motion at the July 30, 2026 hearing.

The Clerk of Court is directed to terminate the pending motions at docket entries 46, 51, 62, 66, 93, 94, and 106.

SO ORDERED.

Dated: July 23, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge