UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NASDAQ PRIVATE MARKET, LLC,

Plaintiff,

-v.-

THE HIIVE COMPANY LIMITED, HIIVE MARKETS LIMITED, THE HIIVE COMPANY (US) INC., HIIVE ADVISORS INC., HIIVE INVESTMENTS INC, CONOR BELZER, and PARINA GHAFARI

Defendants.

26 Civ. 5076 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed Plaintiff's letter motion seeking leave to file a supplemental brief in support of its motion for a preliminary injunction (Dkt. #172-73), Plaintiff's proposed supplemental brief (Dkt. #172-1) and request to maintain under seal said brief (Dkt. #171), and Defendants' opposition thereto (Dkt. #175).

For the avoidance of doubt, the Court shares Defendants' concern that Plaintiff has, in effect, presented a *fait accompli* by preparing and attaching the proposed supplemental brief in a manner suggesting that the Court cannot refuse to file it. The Court directs counsel for Plaintiff not to go down this path in future filings; instead, Plaintiff should seek permission before attaching any substantive submissions.

However, given Plaintiff's representations about the timing of the disclosure of the call logs, the Court will accept the supplemental submission. Plaintiff is directed to file its supplemental briefing by **end of day today,**

**September 14, 2026**. Defendants will have 10 days to file a response on or before **September 24, 2026**. The Court does not contemplate and does not authorize further briefing before the October 1, 2026 Hearing.

The Clerk of Court is directed to terminate the pending motions at docket entries 171, 172, and 173. Additionally, the Clerk of Court is directed to maintain under seal docket entry 172.

SO ORDERED.

Dated: September 14, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge