UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASDAQ PRIVATE MARKET, LLC,<br><br>Plaintiff,<br><br>-v.-<br><br>THE HIIVE COMPANY LIMITED, HIIVE MARKETS LIMITED, THE HIIVE COMPANY (US) INC., HIIVE ADVISORS INC., HIIVE INVESTMENTS INC, CONOR BELZER, and PARINA GHAFARI<br><br>Defendants. | 26 Civ. 5076 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On October 14, 2026, the Court received Defendants' motion for reconsideration of the preliminary injunction order and request for expedited briefing (Dkt. #220), together with their request to file under seal the supporting memorandum of law (Dkt. #219). The Court also received Defendants' motion to correct the judgment under Rule 60(a) of the Federal Rules of Civil Procedure (Dkt. #224), together with their request to file under seal the supporting memorandum of law (Dkt. #223). That same day, Plaintiff emailed the Court, copying defense counsel, to oppose to Defendants' request for expedited briefing on the motion for reconsideration. Defendant responded by email shortly thereafter, objecting to Plaintiff's decision to submit its opposition by email.

Although the Court has no intention of encouraging the parties to email arguments that should be properly submitted by letter motion, it recognizes the time sensitivity inherent in Defendants' request for expedited briefing. The

Court will, accordingly, not require Plaintiff to resubmit its opposition to expedited briefing as a letter motion. Upon review, Defendants' applications are DENIED in part and GRANTED in part.

As to the expedited briefing schedule, Defendants have not demonstrated, and the Court cannot discern, why expedited briefing is necessary on their motion for reconsideration. Defendants' application for expedited briefing is therefore DENIED. Pursuant to Rules 6.1(b) and 6.3 of the Local Civil Rules, Plaintiff shall file its response to the motion for reconsideration within 14 days after service of the moving papers, which is on or before **October 28, 2026**. Similarly, pursuant to Local Civil Rule 6.1(b), Plaintiff shall file a response to the motion to correct the judgment within 14 days after service of the moving paper, which is on or before **October 28, 2026**. The Court sees no need for the submission of reply briefs.

As to the sealing requests, Defendants' applications are GRANTED. The Clerk of Court is directed to maintain under seal docket entries 221 and 225. Further, the Clerk of Court is directed to terminate the pending motions at docket entries 219 and 223.

SO ORDERED.

Dated: October 14, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge