UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASDAQ PRIVATE MARKET, LLC,<br><br>Plaintiff,<br><br>-v.-<br><br>THE HIIVE COMPANY LIMITED, HIIVE MARKETS LIMITED, THE HIIVE COMPANY (US) INC., HIIVE ADVISORS INC., HIIVE INVESTMENTS INC, CONOR BELZER, and PARINA GHAFARI<br><br>Defendants. | 26 Civ. 5076 (KPF)<br><br>**SCHEDULING ORDER** |

KATHERINE POLK FAILLA, District Judge:

The pre-motion conference currently scheduled for November 4, 2026, is hereby ADJOURNED to **November 23, 2026**, at **10:00 a.m.** The conference will be held telephonically. At the scheduled date and time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The Court thanks the parties for their flexibility.

SO ORDERED.

Dated: October 29, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge