UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASDAQ PRIVATE MARKET, LLC,<br><br>Plaintiff,<br><br>-v.-<br><br>THE HIIVE COMPANY LIMITED, HIIVE MARKETS LIMITED, THE HIIVE COMPANY (US) INC., HIIVE ADVISORS INC., HIIVE INVESTMENTS INC, CONOR BELZER, and PARINA GHAFARI<br><br>Defendants. | 26 Civ. 5076 (KPF)<br><br>**AMENDED PRELIMINARY INJUNCTION ORDER** |

KATHERINE POLK FAILLA, District Judge:

Upon consideration of Plaintiff Nasdaq Private Market, LLC's ("NPM") First Amended Complaint (Dkt. #114); Plaintiff's Motion for a Preliminary Injunction (Dkt. #67, 77), and the related declarations and exhibits; Defendants' opposition thereto (Dkt. #128), and the related declarations and exhibits; Plaintiff's reply (Dkt. #151), and the related declarations and exhibits; Plaintiff's Supplementary Motion for a Preliminary Injunction (Dkt. #178), and the related declarations and exhibits; Defendants' opposition thereto (Dkt. #195), and the related declarations and exhibits; the testimony and evidence adduced at the hearing on October 1, 2026 (Dkt. #246), and October 6, 2026 (Dkt. #247); Defendants' Motion for Reconsideration (Dkt. #220), and the related declarations and exhibits; Plaintiff's opposition thereto (Dkt. #235); Defendants' Rule 60(a) Motion (Dkt. #224), and the related declarations and exhibits; and Plaintiff's opposition thereto (Dkt. #237); the Court DENIES Plaintiff's Motion for a Preliminary Injunction as to Defendants The Hiive

Company Limited, Hiive Markets Limited, The Hiive Company (US) Inc., Hiive Advisors Inc., and Hiive Investments Inc., and Parina Ghafari. As to Defendant Conor Belzer, the Court finds good cause to GRANT in part Plaintiff's Motion for a Preliminary Injunction, and ORDERS as follows:

1. **Restrictive Covenant Enforcement.** Defendant Conor Belzer ("Belzer") is restrained and enjoined, for a period of twelve (12) months following May 19, 2026, from directly or indirectly providing services to, working for, consulting with, advising, assisting, or otherwise participating in the business of The Hiive Company Limited, Hiive Markets Limited, The Hiive Company (US) Inc., Hiive Advisors Inc., Hiive Investments Inc. (collectively "Hiive"), or any affiliated entity, nationwide and internationally, in violation of the restrictive covenant provisions of the Restrictive Covenant Agreement ("RCA").

2. **Non-Solicitation of Customers.** Defendant Belzer is restrained and enjoined, for a period of twelve (12) months following May 19, 2026, from soliciting NPM's customers, provided that Belzer can (i) solicit any private issuer with whom he had no involvement or contact while working at NPM; and (ii) notwithstanding any prior involvement or contact by Belzer while working at NPM, accept unsolicited business from, and respond to and answer the factual inquiries of, any private issuer.

3. **Non-Solicitation of Employees.** Defendant Belzer is restrained and enjoined, for a period of twelve (12) months following May 19, 2026, from directly or indirectly soliciting, recruiting, inducing, encouraging, assisting in

the solicitation or recruitment of, or otherwise interfering with Plaintiff's relationship with any current employee of Plaintiff.

4. **Security.** Plaintiff's previously posted security in the amount of $25,000.00 shall remain on deposit with the Court as security under Federal Rule of Civil Procedure 65(c), which amount the Court finds adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

5. **Duration.** This Preliminary Injunction shall remain in effect until the final resolution of this action or further Order of the Court.

SO ORDERED.

Dated: November 16, 2026
New York, New York

Katherine Polk Failla

KATHERINE POLK FAILLA
United States District Judge